IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SEAN BLEDSOE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:00-CV-0083 ) Judge Haynes |
| COMMUNITY HEALTH SYSTEMS, INC. and SPARTA HOSPITAL CORPORATION d/b/a WHITE COUNTY COMMUNITY HOSPITAL, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER

In accordance with the Memorandum submitted herewith, this action is **DISMISSED** with prejudice. Each party shall bear its own costs.

This is the **FINAL ORDER** in this action.

It is so **ORDERED.**

Entered this the 12th of December, 2005.

William J. Haynes, Jr.