# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES ex rel. SEAN BLEDSOE, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 2-00-cv-0083 |
| v. | ) ) ) |
| COMMUNITY HEALTH SYSTEMS, INC., WHITE COUNTY COMMUNITY HOSPITAL, | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Relator Sean Bledsoe and Defendants Community Health Systems, Inc. ("CHSI"), Sparta Hospital Corporation ("Sparta") n/k/a White County Community Hospital ("WCCH") agree and stipulate that the above-styled civil action shall be dismissed with prejudice, with each party bearing its own costs, expenses and attorneys' fees. The United States Department of Justice does not object to the dismissal of this action without prejudice to the United States and has provided written consent pursuant to 31 U.S.C. § 3730(b)(1). See attached Exhibit A. A proposed order is attached as Exhibit B.

This 21st day of January, 2009.

Respectfully submitted,

| | |
|---|---|
| s/ Julie Keeton Bracker | s/ Salvador M. Hernandez |
| Mike Bothwell | John R. Jacobson (TN BPR# 14365) |
| Julie Keeton Bracker | Salvador M. Hernandez (TN BPR# 20121) |
| Bothwell Bracker & Vann, P.C. | Riley Warnock & Jacobson, PLC |
| 304 Macy Drive | 1906 West End Ave. |
| Roswell, GA 30076 | Nashville, TN  37203 |
| (770)643-1606 | (615) 320-3700 |
| | |
| Counsel for Relator Sean Bledsoe | Counsel for Community Health Systems, Inc. and Sparta Hospital Corporation n/k/a White County Community Hospital |

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing document was made upon the following Filing Users through the Electronic Filing System to:

Gary R. Gober
Law Office of Gary Gober
200 4th Ave. North
Suite 700
Nashville, TN 37219

Michael F. Hertz
Justin Draycott
Department of Justice
Civil Div./Commercial Litigation Branch
P.O. Box 261
Washington, D.C. 20044

Ellen Bowden McIntyre
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
(615) 736-5151

Michael L. Waldman
Robbins, Russell, Englert,
Orseck, Untereiner & Sauber LLP
1801 K St NW Ste 411-L
Washington, D.C. 20006
(202) 775-4500
(202) 775-4510 (fax)


on this 21st day of January, 2010.

                                              s/ Salvador M. Hernandez

-3-

Case 2:00-cv-00083   Document 324   Filed 01/21/10   Page 3 of 3 PageID #: 2160