

**U.S. Department of Justice**

United States Attorney
Middle District of Tennessee

Suite A-961
110 9th Avenue South
Nashville, Tennessee 37203-3870

Telephone (615) 736-5151
Fax (615) 736-5323

December 17, 2009

Sal Hernandez
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
Fax: 320-3737

Re: *United States ex rel. Bledsoe v. Community Health Systems, Inc.*, No. 2:00-cv-0083 (M.D. Tenn.)

Dear Sal:

As we discussed, the United States does not object to the dismissal of the above-styled case so long as it is without prejudice to the United States.

Sincerely,

EDWARD M. YARBROUGH
United States Attorney

By: Ellen Bowden McIntyre
Assistant United States Attorney