UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES ex rel. SEAN BLEDSOE, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 2-00-cv-0083 |
| v. ) ) | |
| COMMUNITY HEALTH SYSTEMS, INC., WHITE COUNTY COMMUNITY HOSPITAL, ) ) ) ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

THIS CASE having come before the Court on the parties' Joint Stipulation of Dismissal, and the Court having reviewed said stipulation and joint motion, it is therefore,

ORDERED AND ADJUDGED as follows:

This action, including the Amended Complaint and all claims asserted therein, shall be hereby dismissed, with prejudice as to Relator Sean Bledsoe and without prejudice as to the United States, with each party to bear its own costs, expenses, and attorney's fees.

DONE AND ORDERED this \_\_\_\_ day of _____, 2010.

_____
WILLIAM J. HAYNES, JR.
United States District Judge